**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7011**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

ANTHOINE PLUNKETT,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Glen E. Conrad, Chief District Judge.  (4:04-cr-70083-GEC-2; 4:04-cv-80205-GEC)

_____

Submitted:  April 6, 2012            Decided:  April 25, 2012

_____

Before MOTZ, SHEDD, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthoine Plunkett, Appellant Pro Se.  Anthony Paul Giorno, Craig Jon Jacobsen, I, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthoine Plunkett seeks to appeal the district court's order denying relief on his motion for relief pursuant to 28 U.S.C. § 2255 (2006). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Plunkett has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>